```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                         Criminal No. 11-cr-159-01-JD

<u>Ulrick Lucien</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; Jury selection will be held on June 5, 2012 at 9:30, with trial/evidence to commence on June 12, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  March 29, 2012

cc:  Behzad Mirhashem, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation